**Fill in this information to identify the case:**

Debtor 1: NICHOLAS DEWAYNE WADE

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN District of MISSISSIPPI

Case number: 22-01386

Official Form 410S1

# Notice of Mortgage Payment Change        12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: CADENCE BANK          Court claim no. (if known): 7

Last 4 digits of any number you use to identify the debtor's account: 0674

Date of payment change:
Must be at least 21 days after date of this notice: 06/01/25

New total payment: $778.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If statement is not attached, explain why: _____

   Current escrow payment: $270.09        New escrow payment: $311.09

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: .00000%            New interest rate: .00000%
   Current principal and interest payment: $0.00    New principal and interest payment: $0.00

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change:
   Current mortgage payment: $0.00          New mortgage payment: $0.00

Official Form 410S1            Notice of Mortgage Payment Change                page 1

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.
  ☒ I am the creditor.

  ☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/Jenny Willis                              Date   5 / 1 / 2025
   Signature

Print:   JENNY WILLIS                           Title   SENIOR BANKRUPTCY SPECIALIST
         First Name  Middle Name  Last Name

Company  CADENCE BANK

Address  P.O. BOX 789
         Number    Street

         TUPELO, MS 38802
         City   State   Zip Code

Contact phone  662-678-7548                     Email  JENNY.WILLIS@CADENCEBANK.COM

# CERTIFICATE OF SERVICE

    I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Harold Jr. Barkley, Jr., HJB@HBarkley13.com

    I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Nicholas Dewayne Wade
18 Edna Cove
Byram, MS  39272

    This the 1st day of May 2025.


                                                      /s/Jenny Willis
                                                    Cadence Bank
                                                    by: Jenny Willis

Cadence Bank - Secondary
2778 w jackson street
Tupelo            MS 38801


888-797-7711



NICHOLAS DEWAYNE WADE                  YOUR LOAN NUMBER:       0674
18 EDNA CV
BYRAM              MS 39272-0000

                              DATE: 04/18/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JUN 01, 2024 AND ENDING MAY 31,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF JUN 01, 2024 IS ---

              PRINCIPAL & INTEREST        466.91
              ESCROW DEPOSIT              252.73
              OPTIONAL INSURANCE            0.00
              REPLACE RESV/FHA SVC CHG      0.00
              SHORTAGE                     17.46
              DEFICIENCY                    0.00
              SURPLUS                       0.00
              ROUNDING                     -0.10
              LESS BUYDOWN/ASST PAYMENT     0.00
              BORROWER PAYMENT            737.00

        PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION   PRIOR PRJ    ACTUAL

JUN 24    252.73    270.09*                                    1447.31    1203.69
JUL 24    252.73    270.09*                                    1700.04    1473.78
AUG 24    252.73    270.09*                                    1952.77    1743.87
SEP 24    252.73    270.09*                                    2205.50    2013.96
OCT 24    252.73    270.09*                                    2458.23    2284.05
NOV 24    252.73    270.09*                                    2710.96    2554.14
DEC 24    252.73    270.09*    919.13    917.41* COUNTY        2044.56    1906.82
JAN 25    252.73    270.09*             2000.00* HOMEOW        2297.29     176.91 A
FEB 25    252.73    270.09    1699.00
FEB 25                    *    414.66         *                 436.36 T    447.00
MAR 25    252.73    270.09*              414.66* USDA A         689.09     302.43
APR 25    252.73       **                                       941.82     302.43
MAY 25    252.73       **                                      1194.55     302.43

```
TOTALS              2700.90              3332.07
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS      436.36. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
      176.91.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
04/24         253.09      05/24          253.09       00/00          253.09
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00       0.00                          00/00       0.00
00/00       0.00                          00/00       0.00
```

```
Cadence Bank - Secondary
2778 w jackson street
Tupelo             MS 38801



888-797-7711




NICHOLAS DEWAYNE WADE                       YOUR LOAN NUMBER:        0674
18 EDNA CV
BYRAM              MS 39272-0000

                                            DATE: 04/18/25



       *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 06/01/25 THROUGH 05/31/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 06/01/25 THROUGH 05/31/26 -------
              HOMEOWNER/FIRE                2000.00
              USDA ANNUAL INS                400.42
              COUNTY TAXES                   917.41

              TOTAL PAYMENTS FROM ESCROW    3317.83

              MONTHLY PAYMENT TO ESCROW      276.48 (1/12TH OF ABOVE TOTAL)


------- ANTICIPATED ESCROW ACTIVITY - 06/01/25 THROUGH 05/31/26--------
        -ANTICIPATED PAYMENTS-                  -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                   ACTUAL STARTING BALANCE          894.06          1315.75
JUN 25    276.48                                   1170.54          1592.23
JUL 25    276.48                                   1447.02          1868.71
AUG 25    276.48                                   1723.50          2145.19
SEP 25    276.48                                   1999.98          2421.67
OCT 25    276.48                                   2276.46          2698.15
NOV 25    276.48                                   2552.94          2974.63
DEC 25    276.48     917.41   COUNTY TAXES         1912.01          2333.70
JAN 26    276.48                                   2188.49          2610.18
FEB 26    276.48    2000.00   HOMEOWNER/FIRE
                     400.42   USDA ANNUAL   ALP      64.55   RLP     486.24
MAR 26    276.48                                    341.03           762.72
APR 26    276.48                                    617.51          1039.20
MAY 26    276.48                                    893.99          1315.68

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -421.69.
```

```
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JUNE 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                          466.91
            ESCROW (1/12TH OF ANNUAL ANTICIPATED          276.48
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
            PLUS: SHORTAGE PAYMENT                         35.14
            MINUS: SURPLUS CREDIT                           0.00
            ROUNDING ADJUSTMENT                            -0.53
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/25      778.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      486.24.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       486.24.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/25        270.09       05/25        270.09       00/00         0.00
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                      00/00        0.00
00/00        0.00                      00/00        0.00
00/00        0.00                      00/00        0.00
```