UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi (Jackson-3 Divisional Office)

IN RE:   NICHOLAS WADE                CASE NO:   22-01386
                                      CHAPTER:   13

    Debtors

**Change of address – Payment for Creditor**

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                    New Notifications address

Old payment address                      New payment address
Wells Fargo Auto                          Wells Fargo Auto
PO Box 17900                              PO Box 51963
Denver CO 80217-0900              Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: BKChapter13@WellsFargo.com


07/24/2025                                 /s/Canell Thornton
                                           Associate Loan Servicing Representative
                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Southern District of Mississippi (Jackson-3 Divisional Office)

IN RE:  NICHOLAS WADE                             CASE NO:    22-01386
                                                  CHAPTER:    13

   Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/24/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
   Canell Thornton
   Associate Loan Servicing Representative

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


07/24/2025                          /s/Canell Thornton
                                    Associate Loan Servicing Representative
                                    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto