| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | NICHOLAS DEWAYNE WADE |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN      District of   MISSISSIPPI |
| Case number | 22-01386 |

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. **File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**

The Huntington National Bank, fka
Cadence Bank, BancorpSouth Bank

**Last 4 digits** of any number you use to
identify the debtor's account:   0674

**Court claim no. (if known):**   7

**Date of payment change:**

Must be at least 21 days after date
of this notice        06/01/26

**New total payment:**        **$845.00**
Principal, interest, and escrow, if any

---

### Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If statement is not attached, explain why:_____

_____

Current escrow payment: $311.09              New escrow payment: $378.09

---

### Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☒ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:_____

Current interest rate: .00000%              New interest rate: .00000%

Current principal and interest payment: $0.00       New principal and interest payment: $0.00

---

### Part 3:   Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes

Current HELOC payment:    $_____

Reconciliation amount:   + $_____  or
                         - $_____

Amount of next payment (including reconciliation amount)          $_____

| Debtor 1 | NICHOLAS DEWAYNE WADE | Case number (*if known*) | 22-01386 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| Amount of the new payment thereafter (without the reconciliation amount) | $_____ |
|---|---|

| Part 4: | Other Payment Change |
|---|---|

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change:

Current mortgage payment: $0.00          New mortgage payment: $0.00

| Part 5: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.
☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/Jenny Willis _____          Date   5 / 9 / 2026
   Signature

Print:    JENNY WILLIS                                    Title    SENIOR BANKRUPTCY SPECIALIST
   First Name   Middle Name   Last Name

Company    THE HUNTINGTON NATIONAL BANK

Address    P.O. BOX 789
   Number        Street

   TUPELO, MS 38802
   City   State   Zip Code

Contact phone  662-678-7548                              Email  JENNY.WILLIS@CADENCEBANK.COM

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this day a true and correct copy of the foregoing Notice of Post-petition Mortgage Payment Change was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Harold J. Barkley, Jr., HJB@HBarkley13.com

I further certify that a true and correct copy of the foregoing Notice of Post-petition Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Nicholas Dewayne Wade
18 Edna Cove
Byram, MS  39272

This the 9th day of May 2026.

/s/Jenny Willis
The Huntington National Bank
by: Jenny Willis

The Huntington Nat Bank - Secondary
2778 w jackson street
Tupelo              MS 38801


888-797-7711



NICHOLAS DEWAYNE WADE              YOUR LOAN NUMBER:    ████0674
18 EDNA CV
BYRAM              MS 39272-0000

                              DATE: 04/01/26


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JUN 01, 2025 AND ENDING MAY 31,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

                --- YOUR PAYMENT BREAKDOWN AS OF JUN 01, 2025 IS ---

                    PRINCIPAL & INTEREST          466.91
                    ESCROW DEPOSIT                276.48
                    OPTIONAL INSURANCE              0.00
                    REPLACE RESV/FHA SVC CHG        0.00
                    SHORTAGE                       35.14
                    DEFICIENCY                      0.00
                    SURPLUS                         0.00
                    ROUNDING                       -0.53
                    LESS BUYDOWN/ASST PAYMENT       0.00
                    BORROWER PAYMENT              778.00

| MONTH | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| | PRIOR PRJ | ACTUAL | PRIOR PRJ | ACTUAL | DESCRIPTION | PRIOR PRJ | ACTUAL |
| JUN 25 | 276.48 | 311.09* | | | | 1592.23 | 1153.70 |
| JUL 25 | 276.48 | 311.09* | | | | 1868.71 | 1464.79 |
| AUG 25 | 276.48 | 311.09* | | | | 2145.19 | 1775.88 |
| SEP 25 | 276.48 | 311.09* | | | | 2421.67 | 2086.97 |
| OCT 25 | 276.48 | 311.09* | | | | 2698.15 | 2398.06 |
| NOV 25 | 276.48 | 311.09* | | | | 2974.63 | 2709.15 |
| DEC 25 | 276.48 | 311.09* | 917.41 | 967.40* | COUNTY | 2333.70 | 2052.84 |
| JAN 26 | 276.48 | 311.09* | | 2463.00* | HOMEOW | 2610.18 | -99.07 A |
| FEB 26 | 276.48 | 311.09 | 2000.00 | | | | |
| FEB 26 | | * | 400.42 | * | | 486.24 T | 212.02 |
| MAR 26 | 276.48 | 311.09* | | 400.42* | USDA A | 762.72 | 122.69 |
| APR 26 | 276.48 | ** | | | | 1039.20 | 122.69 |
| MAY 26 | 276.48 | ** | | | | 1315.68 | 122.69 |

```
TOTALS                3110.90                 3830.82
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        486.24. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
       -99.07.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
04/25         270.09      05/25         270.09      00/00         270.09
```

ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
00/00       0.00                       00/00       0.00
00/00       0.00                       00/00       0.00
```

The Huntington Nat Bank - Secondary
2778 w jackson street
Tupelo                 MS 38801


888-797-7711



NICHOLAS DEWAYNE WADE                    YOUR LOAN NUMBER: ████0674
18 EDNA CV
BYRAM                  MS 39272-0000


                                    DATE: 04/01/26


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 06/01/26 THROUGH 05/31/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 06/01/26 THROUGH 05/31/27 -------
                HOMEOWNER/FIRE                 2463.00
                USDA ANNUAL INS                 385.69
                COUNTY TAXES                    967.40

                TOTAL PAYMENTS FROM ESCROW     3816.09

                MONTHLY PAYMENT TO ESCROW       318.00 (1/12TH OF ABOVE TOTAL)


------- ANTICIPATED ESCROW ACTIVITY - 06/01/26 THROUGH 05/31/27--------
        -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED      REQUIRED
                        ACTUAL STARTING BALANCE      796.32          1525.81
JUN 26    318.00                                    1114.32          1843.81
JUL 26    318.00                                    1432.32          2161.81
AUG 26    318.00                                    1750.32          2479.81
SEP 26    318.00                                    2068.32          2797.81
OCT 26    318.00                                    2386.32          3115.81
NOV 26    318.00                                    2704.32          3433.81
DEC 26    318.00     967.40    COUNTY TAXES         2054.92          2784.41
JAN 27    318.00                                    2372.92          3102.41
FEB 27    318.00    2463.00    HOMEOWNER/FIRE
                    385.69     USDA ANNUAL  ALP     -157.77   RLP     571.72
MAR 27    318.00                                     160.23          889.72
APR 27    318.00                                     478.23          1207.72
MAY 27    318.00                                     796.23          1525.72

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------


IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -729.49.

NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM JUNE 01, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
```
          PRINCIPAL & INTEREST                         466.91
          ESCROW (1/12TH OF ANNUAL ANTICIPATED         318.00
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS              0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG       0.00
          PLUS: SHORTAGE PAYMENT                        60.79
          MINUS: SURPLUS CREDIT                          0.00
          ROUNDING ADJUSTMENT                           -0.70
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS             0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/26      845.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      571.72.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      571.72.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
04/26        311.09      05/26        311.09      00/00            0.00
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00       0.00                      00/00       0.00
00/00       0.00                      00/00       0.00
00/00       0.00                      00/00       0.00
```

 **Office of the Comptroller of the Currency**

Washington, DC 20219

## CERTIFICATE OF NATIONAL BANK MERGER

I, Jonathan Gould, Comptroller of the Currency, do hereby certify that:

1. The Office of the Comptroller of the Currency, pursuant to Revised Statutes 324, et seq, as amended, and 12 USC 1, et seq, as amended, has possession, custody, and control of all records pertaining to the chartering, regulation, and supervision of all national banking associations.

2. Effective February 1, 2026, "Cadence Bank", Tupelo Mississippi merged with and into "The Huntington National Bank", Columbus, Ohio.  The resulting bank charter is "The Huntington National Bank", charter number 7745.

IN TESTIMONY WHEREOF, today, March 31, 2026, I have hereunto subscribed my name and caused my seal of office to be affixed to these presents at the U.S. Department of the Treasury, in the City of Washington, District of Columbia.

_____
Comptroller of the Currency



2026-00803-C