B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re Nicholas Dewayne Wade, Case No. 22-01386

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

The Huntington National Bank
Name of Transferee

Name and Address where notices to transferee should be sent:
PO Box 89424
Cleveland OH 44101

Phone: 888-632-5547
Last Four Digits of Acct #: 6596

Name and Address where transferee payments should be sent (if different from above):
5555 Cleveland Ave GW1N13
Columbus OH 43231

Phone: 888-632-5547
Last Four Digits of Acct #: 6596

Cadence Bank, fka Bancorp South Bank
Name of Transferor

Court Claim # (if known): 7
Amount of Claim: 87269.03
Date Claim Filed: 09/23/2022

Phone: 662-678-7548
Last Four Digits of Acct. #: 0674

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Beth Yanniello
Transferee/Transferee's Agent

Date: 10/20/2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.